THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES MIELE and CARLO MENDOLA, Appellants.

Argued January 21, 1954; decided March 11, 1954.

*Salvatore M. George* and *Ralph J. Barra* for James Miele, appellant.

*John F. Wilkinson* and *Ralph J. Barra* for Carlo Mendola, appellant.

*George B. De Luca, District Attorney* (*John B. Lee* and *George Tilzer* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.